KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
CUNNINGHAM DUCT WORK
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

.......................................................................x

IN RE  LOWER MANHATTAN DISASTER SITE          21 MC 102 **(AW)**
LITIGATION

.......................................................................x

JERZY ROZPEDOWSKI,                            **DOCKET NO.**
                                              <u>**07-CV-08285-AKH**</u>

                    Plaintiff,

       -against-

100 CHURCH, LLC, 90 CHURCH STREET LIMITED     **NOTICE OF ADOPTION**
PARTNERSHIP, ALAN KASMAN DBA KASCO,           **OF ANSWER TO**
AMBIENT GROUP, INC., ANN TAYLOR               **MASTER COMPLAINT**
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BELFOR USA GROUP, INC., BFP
ONE LIBERTY PLAZA CO., LLC., BLACKMON-
MOORING STEAMATIC CATASTOPHE, INC.,
d/b/a BMS CAT, BOSTON PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, L.C.,
BROOKFIELD PARTNERS, L.P., BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS, INC., CENTRAL
PARKING SYSTEM OF NEW YORK, INC.,
CUNNINGHAM DUCT CLEANING CO.,
EDISON PARKING MANAGEMENT, L.P.,
ENVIROTECH CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC
INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING,  P.C., MERILL LYNCH & CO.,
MERILL LYNCH & CO., INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
ONE WALL STREET HOLDINGS, LLC, ROYAL

AND SUNALLIANCE INSURANCE GROUP, PLC.,
STRUCTURE TONE (UK), INC.,
 STRUCTURE TONE GLOBAL SERVICES, INC.,
TOSCORP., INC., TRC ENGINEERS, INC., VERIZON
NEW YORK, INC., WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P, CORP., WFP TOWER
B HOLDING CO., L.P., WFP TOWER B CO.,
WFP TOWER D. CO., GP. CORP., WFP TOWER
D HOLDERING CO., II L.P., WFP TOWER HOLDING
I. G.P., CORP., WFP TOWER D CO., L.P., and
ZAR REALTY MANAGEMENT CORP.,  et al.

Defendants.

............................................................................................................x

      **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP,  as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      **WHEREFORE**, the defendant, CUNNINGHAM DUCT CLEANING CO., INC., demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
     November 30, 2007

                      Respectfully submitted,
                      RUSSO, KEANE & TONER, LLP

                      By:   s/ Kevin G. Horbatiuk
                         KEVIN G. HORBATIUK (KGH-4977)
                      26 Broadway Suite 2800
                      New York, New York 10004
                      (212) 482-0001
                      Attorneys for Defendant
                      CUNNINGHAM DUCT WORK
                      RKT File No.: 824.078

TO:    CHRISTOPHER R. LoPALO, ESQ., (CL-6466)
        WORBY GRONER EDELMAN NAPOLI & BERN, LLP
        Attorney for Plaintiffs
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of November, 2007, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT CUNNINGHAM DUCT CLEANING WORK with the Clerk of the Court using the CM/ECF System which sends notification of appearing parties.

RUSSO, KEANE & TONER, LLP

By: _s/Kevin G. Horbatiuk_____
      Kevin G. Horbatiuk (KGH-4977)
Attorneys for Defendant
CUNNINGHAM DUCT CLEANING WORK
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001
RKT File # 820.078