UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | Docket No.:<br>21 MC 102 (AKH) |
| ------------------------------------------------------------ | |
| JERZY ROZPEDOWSKI,<br><br>        Plaintiffs,<br><br>   - against -<br><br>WESTON SOLUTIONS, INC., *et al*,<br><br>        Defendants. | Case No.:<br>07-CV-8285-AKH<br><br><br>**NOTICE OF APPEARANCE BY DEFENDANT <u>WESTON SOLUTIONS, INC.</u>** |

------------------------------------------------------------X

To the Clerk of this Court and All Parties of Record:

  PLEASE TAKE NOTICE that Defendant WESTON SOLUTIONS, INC. ("Weston"), by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby appears in the above-entitled action, and that all pleadings and papers in this action be served upon the undersigned at the office and address stated below. The undersigned certifies that he is admitted to practice before this Court.

Dated: New York, New York
   December 20, 2007

3056877.1

2

Yours etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


By: _/s/ Jason Harrington_____
     Jason Harrington (JH7273)
     Attorneys for Defendant
     Weston Solutions, Inc.
     150 E 42nd Street
     New York, NY 10017
     (212) 490-3000 (p)
     (212) 490-3038 (f)


To: All parties via ECF

3056877.1