UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER   :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X

JERZY ROZPEDOWSKI,               :   07-CV-08285-AKH

      Plaintiff,   :

 - against -                     :   **APPEARANCE**

           :   **ELECTRONICALLY FILED**

100 CHURCH LLC., *et al.*,         :

      Defendants.   :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York      DICKSTEIN SHAPIRO LLP
    January 18, 2008

             By:  /s/ Judith R. Cohen
               _____
               Judith R. Cohen (JC-8614)
               1177 Avenue of the Americas
               New York, New York 10036
               Phone: (212) 277-6500
               Fax: (212) 277-6501

               *Attorney for Defendant*
               MERRILL LYNCH & CO., INC.