UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
JERZY ROZPEDOWSKI

                                                                                   07CV8285

                       Plaintiffs,                       ANSWER

    -against-

110 CHURCH, LLC, 90 CHURCH STREET LIMITED
PARTNERSHIP, ALAN KASMAN DBA KASCO,
ALLBRIGHT PARKING MANAGEMENT, INC.,
AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC., CENTRAL
PARKING SYSTEM OF NEW YORK, INC.,
CUNNINGHAM DUCT CLEANING CO., INC., EDISON
PARKING MANAGEMENT, L.P., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR
AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., LAW ENGINEERING P.C., MERRILL LYNCH & CO,
INC., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., TOSCORP INC., TRC ENGINEERS, INC.,
VERIZON NEW YORK, INC, WESTON SOLUTIONS, INC.,
WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING
CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P.
CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER
D HOLDING CO. II L.P., WFP TOWER D HOLDING I G.P.
CORP., WFP TOWER D. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL

                       Defendants.
------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
January 22, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)